UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAMERON N. VERDI,

                      Plaintiff,

    -v-

FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR SIGNATURE BANK, et al.,

                      Defendants.

CIVIL ACTION NO. 24 Civ. 791

(DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY,** United States Magistrate Judge.

By Order of Reference dated February 5, 2024 (ECF 24), Judge Dale E. Ho referred this case to Magistrate Judge Katherine H. Parker for general pretrial supervision, including scheduling, discovery, non-dispositive pretrial motions, and settlement. On February 6, 2024, that referral was reassigned to me.

Plaintiff filed his Complaint pro se in the United States District Court for the Central District of California on November 14, 2023. (*See* ECF 1.) On December 15, 2023, Defendants moved to dismiss the Complaint. (ECF 11.) On January 26, 2024, District Judge James V. Selna issued an Order transferring the action to this District and denying Defendants' motion to dismiss the Complaint. (*See* ECF 21.)

It is ORDERED that, if Defendants intend to file a motion to dismiss the Complaint on similar grounds to those raised prior to the transfer, Defendants must do so by **February 19, 2024**. If Defendants file such a motion, Plaintiff's response is due on **March 19, 2024**, and Defendant's reply is due on **April 2, 2024**. If Defendants instead elect to file an answer to the complaint, they must do so by **February 19, 2024**.

Additionally, this action is scheduled for a telephonic Initial Case Management Conference in accordance with Rule 16(b) of the Federal Rules of Civil Procedure, on **March 12, 2024 at 11:30 AM**.

Plaintiff and Counsel for the parties are directed to call my Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442, Access Code: 480 573 890 #**.

**Rule 26(f) Conference.** Counsel for the parties are directed to confer at least 21 days before the Initial Case Management Conference to discuss the matters set forth in Rule 26(f) of the Federal Rules of Civil Procedure. The parties shall comply with their Rule 26(a) initial disclosure obligations no later than 14 days after the parties' Rule 26(f) conference. The parties will be required to discuss at the Rule 26(f) conference the subjects set forth in Rules 16(b) and 16(c) of the Federal Rules of Civil Procedure. A list of the Rule 26(f) discussion topics is available at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky.

**Proposed Scheduling Order.** The parties are directed to complete the Report of Rule 26(f) Meeting and Proposed Case Management Plan, available at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky, and to file it on the docket by **March 5, 2024**. In the event that the parties disagree about the dates or other terms of the proposed scheduling order, they shall file on the docket a joint letter briefly explaining the dispute(s) and competing proposal(s) by **March 5, 2024**.

The parties are directed to consult my Individual Rules of Practice, available at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky.

If Plaintiff has questions about this Order, filing papers in this judicial district, or any procedural matters, he should contact the Court's Pro Se Intake Unit at (212) 805-0175, or the independent NYLAG Legal Clinic for Pro Se Litigants in the SDNY at (212) 659 -6190.

Dated:	February 7, 2024
	New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge