**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CAMERON N. VERDI,

                Plaintiff,

    -against-                                          24 **CIVIL** 791 (DEH)(RFT)

                                                  **JUDGMENT**

FEDERAL DEPOSIT INSURANCE
CORPORATION, et al.,

                Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 20, 2024, Defendant's motion to dismiss is **GRANTED.**

**Dated:** New York, New York

       September 23, 2024

                                                          **DANIEL ORTIZ**
                                                          **Acting Clerk of Court**

                                      **BY:**    *K. Mango*

                                                           **Deputy Clerk**